Summons Issued *(handwritten)*
Receipt No 30878

Charles J. Tornabene, Esq.
Justin Starin, Esq.
TORNABENE & MCKENNA, PLLC
815 E. Front Street, Suite 4A
P.O. Box 7009
Missoula, MT 59807-7009
(406) 327-0800

Attorneys for Plaintiff

FILED
BUTTE, MT

'06 MAR 3 AM 9 56

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## BUTTE DIVISION

| | |
|---|---|
| CHRIS J. SEELYE, | Cause No.: CV-06-13-BU-LSO |
| Plaintiff, | |
| v. | **COMPLAINT & JURY REQUEST** |
| CORNTHWAITE, INC. | |
| Defendant. | |

## COMPLAINT

¶1     Comes now the Plaintiff, Chris Seeley, and alleges the following against Cornthwaite, Inc.

¶2     Mr. Seelye is a citizen of the State of Montana and resides in Ravalli County.

¶3     Cornthwaite, Inc. is a citizen of the State of Oregon. Cornthwaite Inc. is an Oregon corporation and has its principal place of business in Oregon.

Complaint & Jury Request                                                                                   1

¶4     Jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. §

1332. Mr. Seelye and Cornthwaite, Inc. are citizens of different states. The

amount in controversy for Mr. Seelye's individual claims exceeds $100,000.00,

exclusive of costs, interest and attorney fees.

¶5     Kimberly Cornthwaite was acting as an agent of Cornthwaite, Inc. within the

course and scope of her duties at all times relevant to the allegations of this

complaint.

¶6     On September 16, 2003, Mrs. Cornthwaite was driving a 1996 Chevrolet,

Sport Utility Vehicle (the "Vehicle") northbound on Blacktail Creek Road

approximately 13 miles south of Dillon, Montana, in Beaverhead County.

¶7     Carl Cornthwaite, Mrs. Cornthwaite's husband, was riding in the front right

seat of the Vehicle. Jim Wigen was riding in the rear left of the Vehicle. Mr.

Seelye was riding in the rear right seat of the Vehicle.

¶8     Mrs. Cornthwaite was under the influence of alcohol while she was driving

the Vehicle.

¶9     As Mrs. Cornthwaite drove northbound on Blacktail Creek Road, she drove

the Vehicle off the roadway onto the soft right shoulder. She turned the Vehicle

sharply to the left, overcorrecting. The Vehicle crossed the roadway and entered

the borrow pit on the left. Mrs. Cornthwaite turned the Vehicle sharply to the

Complaint & Jury Request                                                                2

right, overcorrecting, which caused the Vehicle to crash and roll one and a quarter times. The Vehicle came to rest on the driver's side facing south.

## Negligence

¶10   Mr. Seelye realleges ¶¶ 1 through 9.

¶11   Mrs. Cornthwaite owed a duty to Mr. Seelye to use reasonable care in driving the Vehicle. Mrs. Cornthwaite breached that duty when she caused the Vehicle to crash. Mrs. Cornthwaite's failure to use reasonable care caused Mr. Seelye injury and damage.

## Violation of Law

¶12   Mr. Seelye realleges ¶¶ 1 thought 11.

¶13   Mrs. Cornthwaite violated Montana law. Mrs. Cornthwaite drove the Vehicle under the influence of alcohol upon the roadways of Montana in violation of § 61-8-401, MCA. Mrs. Cornthwaite failed to operated the Vehicle in a careful and prudent manner and unreasonably endangered the life, limb, and property of her passengers in violation of § 61-8-302, MCA. Mrs. Cornthwaite failed to operate the Vehicle in the right side of the roadway in violation of § 61-8-321, MCA. Mrs. Cornthwaite's violation of Montana law is negligence per se. Mrs. Cornthwaite's negligence caused Mr. Seelye injury and damage.

¶13   WHEREFORE, Mr. Seelye prays for judgment against Cornthwaite, Inc. for general damages and special damages, including, but not limited to, the following:

1.      lost earning capacity to date;

2.      lost future earning capacity;

3.      value of services;

4.      value of purchases;

5.      health care expenses;

6.      pain and suffering;

7.      emotional distress;

8.      established course of life; and

9.      any other relief this Court deems just.

DATED this **2** day of March 2006.

                                TORNABENE & McKENNA, PLLC

                                By: _____

                                        Charles J. Tornabene
                                        Tornabene & McKenna, PLLC
                                        Attorney for Plaintiff

## JURY REQUEST

Comes now the Plaintiff, Chris Seelye and requests trial by jury.

DATED this **2** day of March 2006.

                                TORNABENE & McKENNA

                                By: _____

                                        Charles J. Tornabene
                                        Tornabene & McKenna, PLLC
                                        Attorney for Plaintiff

Complaint & Jury Request                                                    4

Charles J. Tornabene, Esq.
Justin Starin, Esq.
TORNABENE & McKENNA, PLLC
815 E. Front Street, Suite 4A
P.O. Box 7009
Missoula, MT 9807-7009
(406) 327-0800

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## BUTTE DIVISION

| | |
|---|---|
| CHRIS J. SEELYE, | Cause No.: *CV-06-13-BU-CSO* |
| Plaintiff, | |
| v. | **SUMMONS** |
| Cornthwaite, Inc., | |
| Defendant. | |

*To the above-named Defendant, Cornthwaite, Inc.*

You are hereby summoned and required to serve upon Charles J. Tornabene, the Plaintiff's attorney, whose address is 815 East Front Street, Suite 4A, PO Box 7009, Missoula, Montana, 59807-7009, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**CLERK OF U.S. DISTRICT COURT**

By: _____
        Deputy Clerk

[Seal of the U.S. District Court]

Dated: _March 3, 2006_

TORNABENE & MCKENNA, PLLC

By: _____
        Charles J. Tornabene
        Attorney for Plaintiff

JS 44
(Rev. 3/99)

CV-06-13-BU-CSO

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Chris Seelye

## DEFENDANTS

Cornthwaite, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Ravalli
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Tornabene &McKenna, PLLC
P.O. Box 7009
Missoula, MT 59807-7009

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)  AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.   NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Diversity jurisdiction pursuant to 28 U.S.C.
§1332.  Causes of action: negligence; violation of § 61-8-401, MCA; § 61-8-302, MCA;
§ 61-8-321, MCA.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
Excess of $100,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE  3/2/06

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____